Amir J. Goldstein, Esq. (Bar No. 255620)
Attorney for Plaintiff
5455 Wilshire Boulevard, Suite 914
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINATTE HAMI, individually and on behalf of others similarly situated, | ) ) ) CASE NO.: |
| Plaintiff, | ) ) ) |
| v. | ) SACV08-1355 CJC MLGx ) ) COMPLAINT |
| WINN LAW GROUP, | ) ) |
| Defendant. | ) ) ) ) ) ) ) ) |

Plaintiff, by and through her attorney, Amir J. Goldstein, Esq., as and for her complaint against the Winn Law Group as follows:

**INTRODUCTION**

1.      This is an action for damages brought by an individual consumer and on behalf of a class for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

**PARTIES**

2.      Plaintiff is a natural person residing in Studio City, California.

1

3.      Upon information and belief, defendant Winn Law Group is a debt collector as defined pursuant to 15 U.S.C. § 1692a(6) with its executive office and principal place of business in Fullerton, California.

### JURISDICTION

4.      This Court has jurisdiction pursuant to 15 U.S.C. § 1692k (FDCPA) and 28 U.S.C. § 1331 and venue is proper in this district pursuant to 28 U.S.C. § 1391 et seq., as the defendant conducts a business, the nature of which subjects the corporation to jurisdiction in this district and the transactions that give rise to this action occurred, in substantial part, in this district.

### AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF THE CLASS

5.      Plaintiff realleges paragraphs 1 through 4 as if fully restated herein.

6.      That a personal debt was allegedly incurred by the plaintiff from her lessor "AMLI on the Boulevard" and was at one time being collected by one Fair Outsourcing & Collections.

8.      That, after the debt was disputed by the plaintiff, Fair Collections & Outsourcing referred and or assigned debt to defendant Winn Law Group.

9.      That, on or about August 6, 2008, Winn Law Group sent an initial collection letter to plaintiff. A copy of said letter is attached hereto and made part hereof.

10.     Said letter stated in pertinent parts:

"We represent the above named Creditor, who referred the debt to us for collection. At this time, we are investigating the validity of our client's claim. No attorney has personally reviewed the particular circumstances of your account. We have not made a decision whether or not to file suit to collect the debt…

2

11.    If you dispute the validity of this debt, or any portion thereof, we invite you to explain why...."

12.    Said language contradicts and/or overshadows the consumers right to dispute the debt for 30 days as required by law in that it directs the consumer to "explain why" she disputed the debt.

13.    Said language falsely implies that legal action is imminent, once the firm has an opportunity to review the case, however, the Defendant has no intention of actually filing suit.

14.    Said language falsely implies that the Defendant is "investigating the validity of" their client's claim, when in fact no such investigation takes place, and any investigation should have taken place prior to Defendants communicating with the consumer.

15.    Said language fails to identify the true identity of the original creditor.

16.    That on August 29, 2008, within the 30 days dispute period, Defendant sent another notice to the plaintiff. A copy of said letter is attached hereto and made part hereof.

17.    Said letter advised the consumer that Defendants have now had an opportunity to review the file and directs the consumer to contact the Defendant personally.

18.    That, because the second letter was sent within plaintiff's 30-day dispute period, said language overshadows the notice in the first letter.

19.    That on both the first and second letter to the plaintiff, the creditor was falsely listed as Fair Collections and Outsourcing.

20.    That each letter arbitrarily inflates the debt amount with interest that is unlawful and unwarranted.

21.    Defendant's conduct violates 15 U.S.C. 1692 et seq., including but not limited to

3

Subsections (d),(e), (g) and (f) in that the representations made by the defendant are false, confusing, misleading, deceptive, unfair and fail to advise the consumer of his legal rights as required by law.

22.     That as per 15 U.S.C. § 1692 et seq. and as a result of the above violation, defendant is liable to the plaintiff and all members similarly situated for statutory damages in an amount to be determined at the time of trial but not less that $1,000.00 per violation, plus costs and attorney's fees.

### AS AND FOR A SECOND CAUSE OF ACTION ON BEHALF OF THE CLASS

23.     Plaintiff realleges paragraphs 1 through 25 as if fully restated herein.

24.     The Rosenthal Fair Debt Collection Practices Act (Rosenthal Act), California Civil Code § 1788, et seq., prohibits unfair and deceptive acts and practices in the collection of consumer debts.

25.     By their acts and practices as hereinabove described, the Defendants have violated the Rosenthal Act as follows, without limitation:

a) Generating form letters to consumer containing negligent or wanton misrepresentations about the identity of the creditors

b) By generating form letters that contain language which contradicts and overshadows the consumer rights

c) By falsely threatening the consumer with legal action that can not legally be taken and/or is not actually intended to be taken.

d) By unlawfully and arbitrarily inflating the debt amount with interest fees that have no basis in law or contact.

26.     Pursuant to § 788.30 of the Rosenthal Act, Plaintiff is entitled to recover her actual damages sustained as a result of the Defendants' violations of the Rosenthal Act.  Such damages include, without limitation, statutory damages, any actual damages sustained, other

4

1   resulting monetary losses and damages, and emotional distress suffered by Plaintiff, which

2   damages are in an amount to be proven at trial.

3           27.     In addition, because the Defendants' violations of the Rosenthal Act were

4   committed willingly and knowingly, Plaintiff is entitled to recover, in addition to her actual

5   damages, penalties of at least $1,000 per violation as provided for in the Act.

6           28.     Pursuant to § 1788.30(c) Rosenthal Act, Plaintiff is entitled to recover all

7   attorneys' fees, costs and expenses incurred in the bringing of this action.

8                                    **CLASS ALLEGATIONS**

9           29.     The first cause of action is brought on behalf of plaintiff and the members of a

10  class.

11          30.     The class consists of consumers who received the same form letter(s), as did the

12  plaintiff.

13          31.     The Class consists of all persons whom Defendant's records reflect resided in the

14  State of California and who were sent a collection letter (a) bearing the defendant's letterhead in

15  substantially the same form as the letter sent to the plaintiff on or about August 6, 2008, and

16  August 29, 2008, (b) the collection letter(s) was sent to a consumers seeking payment of a

17  consumer debt; and (c) the collection letter was not returned by the postal service as undelivered,

18  (d) and that the letter contained violations of 15 U.S.C. § 1692 d, e, g and f for contradicting and

19  confusing the consumer as to his/her rights and falsely representing the name of the original

20  creditor of the alleged debt, falsely threatening legal action that is not intended to be taken and

21  unlawfully inflating the debt amount.

22          32.     Pursuant to Federal Rule of Civil Procedure 23, a class action is appropriate and

23  preferable in this case because:

24          (A)     Based on the fact that the collection letters that are at the heart of this litigation

25

26

27                                              5

28

1  are mass-mailed and computer generated form letters, the class is so numerous that joinder of all

2  members is impracticable.

3      (B)    There are questions of law and fact common to the class and these questions

4  predominate over any questions affecting only individual class members. The principal question

5  presented by this claim is whether the Defendant violated the FDCPA by failing to follow

6  appropriate procedures.

7      (C)    The only individual issue is the identification of the consumers who received the

8  letters, (*i.e.* the class members), a matter capable of ministerial determination from the records of

9  Defendant.

10     (D)    The claims of the plaintiff are typical of those of the class members. All are based

11  on the same facts and legal theories.

12     (E)    The plaintiff will fairly and adequately represent the class members' interests. The

13  plaintiff has retained counsel experienced in bringing class actions and collection-abuse claims.

14  The plaintiff's interests are consistent with those of the members of the class.

15     33.    A class action is superior for the fair and efficient adjudication of the class

16  members' claims. Congress specifically envisions class actions as a principal means of enforcing

17  the FDCPA. 15 U.S.C. 1692(k). The members of the class are generally unsophisticated

18  individuals, whose rights will not be vindicated in the absence of a class action. Prosecution of

19  separate actions by individual members of the classes would create the risk of inconsistent or

20  varying adjudications resulting in the establishment of inconsistent or varying standards for the

21

22  parties and would not be in the interest of judicial economy.

23     34.    If the facts are discovered to be appropriate, the plaintiff will seek to certify a

24  class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure.

25     35.    Collection letters, such as those sent by the defendant are to be evaluated by the

26

27                                    6

28

objective standard of the hypothetical "least sophisticated consumer."

36.    Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:(g), (e), and (f):

(a)    Defendant violated 15 U.S.C. § 1692f by employing unfair tactics in attempt to collect a debt;

(b)    Defendant violated 15 U.S.C. § 1692e by using false representations and deceptive means in an attempt to collect a debt;

(c)    Defendant violated 15 U.S.C. § 1692g by contradicting plaintiff's rights.

(d)    Defendant violated 15 U.S.C. § 1692d by harassing the plaintiff.

**WHEREFORE,** plaintiff respectfully prays that judgment be entered against defendant in the amount of:

(a)    Statutory damages pursuant to 15 U.S.C. § 1692k in an amount to be determined at the time of trial on behalf of the class on the first cause of action.

(b)    Statutory damages pursuant to Civil Code §1788.30 et seq., as to the second cause of action.

(c)    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and Civil Code §1788.30, et seq.

(d)    For such other and further relief as may be just and proper.

7

1    Dated: November 24, 2008                  Amir J. Goldstein, Esq.

2

3

4                                      Amir J. Goldstein, Esq.

                                      **Attorney for Plaintiff**

5                                       5455 Wilshire Boulevard, Suite 914

                                      Los Angeles, CA 90036

6                                       Tel 323.937.0400

7                                       Fax 866.288.9194

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                            8

27

28

# WINN LAW GROUP

. BRIAN N. WINN

Λ PROFESSIONAL CORPORATION

LAURA McCARTHY HOALST
JOHN E. GORDON
JONATHAN B. KLEIN
NAOMI S. RUST
WILLIAM J. EDWARDS

THE CHAPMAN BUILDING
110 E. WILSHIRE AVE. SUITE 212
FULLERTON, CA 92832-1109

POST OFFICE BOX 1216
FULLERTON, CALIFORNIA 92836

TELEPHONE: (714) 446-6686
Toll Free Telephone: 866-494-6674
FAX: (714) 446-6680

E-MAIL: CustServ@winnlawgroup.com

August 6, 2008

Rinatte Hami
Apt 2213
10993 Bluffside Dr
Studio City CA 91604-4451

08-32929-0

RE:    Creditor:                          FAIR COLLECTIONS AND OUTSOURCING
       Account Number:                    XXXXXXX1147
       Principal Due on Account:          $2,132.31
       Interest Due on Account:           $123.85 through August 6, 2008
       Total Due as of August 6, 2008:    $2,256.16
       Name of Debtor:                    RINATTE HAMI

Dear Sir/Madam:

**THIS LAW FIRM IS A DEBT COLLECTOR, AS DEFINED BY 15 U.S.C. §1692(a)(6), AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.**

We represent the above named creditor, who referred the debt to us for collection. At this time, we are investigating the validity of our client's claim. No attorney with this firm has personally reviewed the particular circumstances of your account. We have not yet made a decision whether or not to file suit to collect the debt. Any suit to collect the debt, however, will be filed by an attorney licensed to practice law in the state in which the complaint is filed.

If you dispute the validity of the debt, or any portion thereof, we invite you to explain why. You are not under any duty to tell us anything, but if you decide to do so, we will take any information that you decide to provide to us into consideration in deciding whether or not the debt is valid. If you admit the validity of the debt and you would like to make a voluntary arrangement to pay it off, you may contact us as follows: (1) by writing to us at 110 East Wilshire Avenue, Suite 212, Fullerton, CA 92832-1960, (2) by telephoning our office at (714) 388-3080 or toll-free 866-494-6674 and speak with your Negotiations Representative, or (3) by sending us a fax at (714) 446-1987.

If you have any questions regarding your rights or liabilities, please consult an attorney.

Brian N. Winn

**IMPORTANT CONSUMER NOTICES SET FORTH ON THE BACKSIDE OF THIS DOCUMENT. PLEASE READ.**

09/19/2008  11:13   2136271047                MALCA-AMIT USA-LAX                        PAGE 01/01

BRIAN N. WINN

# WINN LAW GROUP

A PROFESSIONAL CORPORATION

LAURA McCARTHY HOALST
JOHN R. GORDON
JONATHAN B. KLEIN
NAOMI S. RUST
WILLIAM J. EDWARDS

THE CHAPMAN BUILDING
110 E. WILSHIRE AVE, SUITE 212
FULLERTON, CA 92832-1109

POST OFFICE BOX 1216
FULLERTON, CALIFORNIA 92836

TELEPHONE: (714) 446-6686
Toll Free Telephone: 866-494-6674
FAX: (714) 446-6680

E-MAIL: CustServ@winnlawgroup.com

                                                    August 29, 2008

Rinatte Hami
Apt 2213
10993 Bluffside Dr
Studio City CA 91604-4451                           08-32929-0 (pcl)

RE:   Creditor:                        FAIR COLLECTIONS AND OUTSOURCING
      Account Number:                  XXXXXXX1147
      Principal Due on Account:        $2,132.31
      Interest Due on Account:         $123.85 through August 29, 2008
      Total Due as of August 29, 2008: $2,256.16
      Name of Debtor:                  RINATTE HAMI

Dear Sir/Madam:

**THIS LAW FIRM IS A DEBT COLLECTOR, AS DEFINED BY 15 U.S.C. §1692(a)(6), AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.**

After reviewing this file, it is my belief that it is in the best interest of both yourself and my client that you call our office at **(714) 388-3080 or toll-free 866-494-6674** and speak with your representative , Negotiator @ ext. 293, to discuss this matter personally.

Please call as soon as possible to resolve this matter.

Your anticipated cooperation and courtesy is appreciated.

Brian Winn

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>Rinatte Hami, individually and for other similarly situated | **DEFENDANTS**<br>Winn Law Group<br>110 East Wilshire Avenue, Suite 212<br>Fullerton, CA 92832-1960 |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>Amir J. Goldstein, Esq.<br>5455 Wilshire Boulevard, Suite 914<br>Los Angeles, CA 90036   323 937 0400 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place<br>of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes   ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.) Violation of FDCPA

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to | ☐ 710 Fair Labor Standards |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product | ☐ 370 Other Fraud | Vacate Sentence | Act |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | Liability | ☐ 371 Truth in Lending | Habeas Corpus | ☐ 720 Labor/Mgmt. |
| ☐ 450 Commerce/ICC | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 380 Other Personal | ☐ 530 General | Relations |
| Rates/etc. | ☐ 150 Recovery of | Slander | Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. |
| ☐ 460 Deportation | Overpayment & | ☐ 330 Fed. Employers' | ☐ 385 Property Damage | ☐ 540 Mandamus/ | Reporting & |
| ☐ 470 Racketeer Influenced | Enforcement of | Liability | Product Liability | Other | Disclosure Act |
| and Corrupt | Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product | ☐ 422 Appeal 28 USC | ☐ 555 Prison Condition | ☐ 790 Other Labor |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted | Liability | 158 | **FORFEITURE /** | Litigation |
| ☐ 490 Cable/Sat TV | Student Loan (Excl. | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 | **PENALTY** | ☐ 791 Empl. Ret. Inc. |
| ☐ 810 Selective Service | Veterans) | ☐ 355 Motor Vehicle | USC 157 | ☐ 610 Agriculture | Security Act |
| ☐ 850 Securities/Commodities/ | ☐ 153 Recovery of | Product Liability | **CIVIL RIGHTS** | ☐ 620 Other Food & | **PROPERTY RIGHTS** |
| Exchange | Overpayment of | ☐ 360 Other Personal | ☐ 441 Voting | Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 | Veteran's Benefits | Injury | ☐ 442 Employment | ☐ 625 Drug Related | ☐ 830 Patent |
| USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- | ☐ 443 Housing/Acco- | Seizure of | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | Med Malpractice | mmodations | Property 21 USC | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product | ☐ 365 Personal Injury- | ☐ 444 Welfare | 881 | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization | Liability | Product Liability | ☐ 445 American with | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal | Disabilities - | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | Injury Product | Employment | ☐ 650 Airline Regs | (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | Liability | ☐ 446 American with | ☐ 660 Occupational | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | Disabilities - | Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization | Other | ☐ 690 Other | **FEDERAL TAX SUITS** |
| nation Under Equal | ☐ 240 Torts to Land | Application | ☐ 440 Other Civil | | ☐ 870 Taxes (U.S. Plaintiff |
| Access to Justice | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- | Rights | | or Defendant) |
| ☐ 950 Constitutionality of | ☐ 290 All Other Real Property | Alien Detainee | | | ☐ 871 IRS-Third Party 26 |
| State Statutes | | ☐ 465 Other Immigration | | | USC 7609 |
| | | Actions | | | |

**SACV08-1355**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 11/24/08

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV08- 1355 CJC  (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rinatte Hami, individually and/or others similarly situated,

PLAINTIFF(S)

v.

Winn Law Group

DEFENDANT(S)

CASE NUMBER

SACV08-1355 CJC MLGx

SUMMONS

TO:    DEFENDANT(S):  Winn Law Group

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Amir J. Goldstein_____, whose address is _5455 Wilshire Boulevard, Suite 914, Los Angeles, CA 90036_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

LA'REE HORN

Dated: DEC - 1 2008

By: _____

Deputy Clerk

(Seal of the Court)

_[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)]._

1192