JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINATTE HAMI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINN LAW GROUP<br><br>Defendant. | CASE NO. SACV 08-1355 CJC MLGx<br><br>[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL |

Pursuant to the Stipulation of the parties set forth in the Stipulation this matter is dismissed with prejudice as to plaintiff and dismissed without prejudice as to the putative class members.

**IT IS SO ORDERED:**

Dated: February 24, 2010

_____
Honorable Cormac J. Carney
United States District Court Judge



4825-3584-4869.1

[PROPOSED] ORDER